UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
AUG 16 2016

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-50102 |
| Plaintiff, | INDICTMENT |
| v. | Attempted Enticement of a Minor Using the Internet |
| ANDRIES SNYMAN, | (18 U.S.C. § 2422(b)) |
| Defendant. | |

The Grand Jury charges:

On or about the 5th day of August, 2016, in the District of South Dakota, the defendant, Andries Snyman, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, rape in the fourth degree, in violation of South Dakota Codified Law § 22-22-1(5), all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

**NAME REDACTED**
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____