UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-50102 |
| Plaintiff, | |
| vs. | UNITED STATES' MOTIONS IN LIMINE |
| ANDRIES SNYMAN, | |
| Defendant. | |

The United States of America, by and through Senior Litigation Counsel Sarah B. Collins, submits the following Motions in Limine to prohibit the Defendant, his attorney, or any witnesses for the defense from introducing specified evidence during the trial of this matter. The evidence of which the United States seeks to prevent introduction is as follows:

1.   Reference to Penalty or Punishment, including referring to the charged offenses as "felonies."

2.   Opinion of witnesses as to the truthfulness of the allegation made in the indictment or as to the appropriate verdict in the case.

3.   Admission of hearsay statements made by the defendant and offered by the defendant.

4.   Argument that the defendant's lack of legal knowledge is a defense to the crimes charged in the indictment and any argument that the United States must prove beyond a reasonable doubt that the defendant would have engaged in sex with the "victim."

5.      Argument of entrapment by the defendant without formal entrapment defense endorsement by defendant, which would necessitate proper instructions by this court to the jury as to the law of entrapment.

The United States will file a memorandum of law in support of this motion setting forth legal authority in support thereof simultaneously and is incorporated by this reference.

Accordingly, the United States requests the Court grant its Motions in Limine and prohibit admission of the above-specified evidence.

Dated this 16th day of November, 2017.

RANDOLPH J. SEILER
United States Attorney


/s/Sarah B. Collins
Sarah B. Collins
Senior Litigation Counsel
515 9th Street
Rapid City, SD, 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-mail: Sarah.B.Collins@usdoj.gov