UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-50102 |
| Plaintiff, | |
| vs. | DEFENDANT SNYMAN'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL |
| ANDRIES SNYMAN, | |
| Defendant. | |

_____

Andries Snyman, the Defendant above-named, by his attorney, Assistant Federal Public Defender Thomas M. Diggins, respectfully moves the Court for its order pursuant FED. R. CRIM. P. 29(c), setting aside the verdict of the jury, (Docs. 96, 97), adjudging the Defendant guilty of the offense of attempted enticement of a minor using the Internet, and entering a judgment of acquittal on that charge in favor of the Defendant. This motion is made upon those grounds and for those reasons set forth in the Defendant's accompanying memorandum of law in support of this motion.

Dated this 21st day of December, 2017.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:
  /s/ Thomas M. Diggins_____
Thomas M. Diggins, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
703 Main Street, 2nd Floor
Rapid City, SD 57701
Telephone: 605-343-5110 Facsimile: 605-343-1498
Filinguser SDND@fd.org